IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| PHILIP J. CHARVAT on behalf of himself and others similarly situated, | : : : | |
| Plaintiff, | : : | Case No.: 14-cv-04165 |
| v. | : : | |
| PHH MORTGAGE CORPORATION | : : | |
| Defendant. | : : : : / | |

## PLAINTIFF'S STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Philip J. Chavat, hereby dismisses his Complaint without prejudice. As Defendant has not made an appearance, answered or otherwise responded to the Complaint, the dismissal is made as of right and without need for leave of Court.

                                              PLAINTIFF, Philip J. Charvat
                                              By his attorneys

                                              /s/ Jeffrey Arons
                                              Jeffrey Arons
                                              Arons & Arons, LLC
                                              76 S. Orange Avenue
                                              South Orange, NJ 07079
                                              Tel:  973-762-0795
                                              ja@aronslaw.net