IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHILIP J. CHARVAT on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORPORATION<br><br>Defendant. | :<br>:<br>:<br>:<br>: Case No.: 14-cv-04165<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## PLAINTIFF'S STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Philip J. Chavat, hereby dismisses his Complaint without prejudice. As Defendant has not made an appearance, answered or otherwise responded to the Complaint, the dismissal is made as of right and without need for leave of Court.

PLAINTIFF, Philip J. Charvat
By his attorneys

/s/ Jeffrey Arons
Jeffrey Arons
Arons & Arons, LLC
76 S. Orange Avenue
South Orange, NJ 07079
Tel: 973-762-0795
ja@aronslaw.net

So Ordered, the Clerk of Court shall close this file.

Date: 8/25/14

Joseph E. Irenas, S.U.S.D.J.

1